UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )    2:17-cr-00086-HDM-NJK
                                     )
                 Plaintiff,          )
                                     )    ORDER
vs.                                  )
                                     )
                                     )
ANTHONY DELANO HYLTON, JR.,          )
                                     )
                 Defendant.          )
                                     )
_____)

On October 19, 2017, defendant filed a motion to suppress (ECF No. 36) and on November 1, 2017, defendant filed an amended motion to suppress (ECF No. 38). On November 15, 2017, the United States Magistrate Judge issued her report and recommendation recommending that this court enter an order denying as moot defendant's motion to suppress (ECF No. 36) and denying defendant's amended motion to suppress (ECF No. 38). Defendant objected to the report and recommendation (ECF No. 50), and plaintiff responded (ECF No. 51).

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court

1  hereby **ADOPTS AND ACCEPTS** the report and recommendation of the

2  United States Magistrate Judge (ECF No. 45).

3      Accordingly, defendant's motion to suppress (ECF No. 36) is

4  **DENIED** as moot and defendant's amended motion to suppress (ECF No.

5  38) is **DENIED**.

6      **IT IS SO ORDERED**.

7      DATED: This 20th day of December, 2017.

8

9  _____
   UNITED STATES DISTRICT JUDGE