DAYLE ELIESON
United States Attorney
CHAD W. MCHENRY
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Chad.W.McHenry@usdoj.gov

Representing the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Anthony Delano Hylton, Jr.,

    Defendant.

Case No. 2:17-cr-86-HDM-NJK

Stipulation to Continue Evidentiary Hearing (First Request)

    IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and CHAD W. MCHENRY, Assistant United States Attorneys, counsel for the United States of America and BRENDA WEKSLER, Assistant Federal Public Defender and counsel for defendant HYLTON:

    THAT THE EVIDENTIARY HEARING CURRENTLY SCHEDULED FOR Monday, September 17, 2018, be vacated and set to a time convenient for the Court, but no sooner than Wednesday, September 19, 2018[1].

---

[1] The parties and essential witnesses would be available on Wednesday, September 19, 2018.

In support of their stipulation, the parties state as follows:

1. On September 11, 2018, the Court issued a minute order setting an evidentiary hearing in the above-captioned matter for Monday, September 17, 2018, at 11:00 a.m.

2. Upon receiving the order, counsel for the Government began contacting anticipated witnesses at the hearing to inquire as to their availability.

3. Officer Brennan Childers of the Las Vegas Metropolitan Police Department, an essential witness for the Government at the hearing, indicated that he had a previously-scheduled vacation out of the District that conflicted with the hearing set on September 17. Arrangements for that vacation included already-purchased tickets to a sporting event and hotel reservations.

4. This proposed continuance would not impact the current trial setting of Monday, December 3, at 9:00 a.m. The time period prior to that date has previously been excluded under the Speedy Trial Act pursuant to the Court's order continuing the trial setting issued on September 6, 2018. ECF No. 127.

5. The additional time requested by this Stipulation is also excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D).

6. This is the first request for a continuance of the evidentiary hearing, and the request is being made in good faith and not for purposes of delay.

DATED this 11th day of September, 2018.

Presented by:

DAYLE ELIESON
United States Attorney

/s/ Chad McHenry
_____
CHAD W. MCHENRY
Assistant United States Attorney

Agreed:

/s/ Brenda Weksler
_____
BRENDA WEKSLER
Assistant Federal Public Defender
Counsel for Defendant Hylton

3

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Anthony Delano Hylton, Jr.,

    Defendant.

Case No. 2:17-cr-86-HDM-NJK

Findings of Fact, Conclusions of Law and Order re: Stipulation to Continue Trial (Second Request)

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On September 11, 2018, the Court issued a minute order setting an evidentiary hearing in the above-captioned matter for Monday, September 17, 2018, at 11:00 a.m.

2. Upon receiving the order, counsel for the Government began contacting anticipated witnesses at the hearing to inquire as to their availability.

3. Officer Brennan Childers of the Las Vegas Metropolitan Police Department, an essential witness for the Government at the hearing, indicated that he had a previously-scheduled vacation out of the District that conflicted with the hearing set on September 17. Arrangements for that vacation included already-purchased tickets to a sporting event and hotel reservations.

4. This proposed continuance would not impact the current trial setting of Monday, December 3, at 9:00 a.m. The time period prior to that date has previously been excluded under the Speedy Trial Act pursuant to the Court's order continuing the trial setting issued on September 6, 2018. ECF No. 127.

5. The additional time requested by this Stipulation is also excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D).

6. This is the first request for a continuance of the evidentiary hearing, and the request is being made in good faith and not for purposes of delay.

## CONCLUSIONS OF LAW

The continuance sought herein would and will occur during a period that had previously been excluded by the Court under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). See ECF Nos. 116, 122, 127. Furthermore, the additional time sought by this continuance would also be excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).

- The rest of this page left intentionally blank. -

# ORDER

IT IS ORDERED that the evidentiary hearing currently scheduled for Monday, September 17, 2018, be vacated and continued to September 20, 2018, at 10:00 a.m., in Courtroom 3C.

DATED this 12th day of September, 2018.

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE