**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America | Case No. 2:17-cr-86-HDM-NJK |
| Plaintiff | |
| v. | **Order Denying Defendant's Appeal of the Magistrate Judge's October 11, 2018, Order (ECF 163)** |
| Anthony Delano Hylton, Jr., | |
| Defendant | |

The defendant's appeal of the magistrate judge's October 11, 2018, order is denied.

IT IS SO ORDERED.

Dated: October 29, 2018

_____
Howard D. McKibben
Senior U.S. District Judge