UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-cr-00086-HDM-NJK |
| | ) | |
| vs. | ) | |
| | ) | MINUTES OF COURT |
| ANTHONY DELANO HYLTON, JR., | ) | |
| | ) | |
| Defendant. | ) | April 3, 2019 |

**PROCEEDINGS:** Jury Trial as to Counts One, Two, Four, and Five of Superseding Indictment (Day Two)

**PRESENT:**
THE HONORABLE HOWARD D. McKIBBEN, SENIOR U.S. DISTRICT JUDGE

**Deputy Clerk:** Paris Rich    **Recorder:** Patty Ganci

**Counsel for Plaintiff:** Peter Levitt, AUSA and Lisa Cartier-Giroux, AUSA

**Counsel for Defendant:** Nisha Brooks-Whittington, AFPD, Heidi Ojeda, AFPD, and Lauren Torre, AFPD

At 8:30 a.m., the Court convenes.

The Defendant (in custody without restraints) is present with counsel. The Defendant is dressed in street clothes.

The Government is present with Nicole Acker, Special Agent, Federal Bureau of Investigation. Also present is Judy Godfrey, Litigation Support Specialist.

The Court provides counsel with the proposed jury instructions.

Mr. Levitt confirms the Government will retain custody of the Government's Exhibits 4a-c (Winchester .45 auto cartridges and six small canisters containing fragments) and Exhibit 14a ($900 U.S. Currency 8 x $100 and 100 x $1.00).

Ms. Ojeda addresses Daubert issue with respect to the Government's expert Roy Wilcox, Forensic Scientist, Las Vegas Metropolitan Police Department.

At 8:34 a.m., the jury enters the courtroom. All 13 jurors are present.

Mr. Levitt offers the parties' Stipulation with respect to Federal Deposit Insurance Corporation (FDIC) marked as the Government's Exhibit 9.

**IT IS ORDERED, the Government's Exhibit 9 is received into evidence.**

Case 2:17-cr-00086-HDM-NJK   Document 231   Filed 04/03/19   Page 2 of 5

USA vs. ANTHONY DELANO HYLTON, JR.                April 3, 2019
2:17-cr-00086-HDM-NJK                              Page 2 of 5

JENNIFER HORNBECK, Crime Scene Analyst, City of Henderson, called on behalf of the Government, is sworn, examined on direct by Ms. Cartier-Giroux, cross-examined by Ms. Ojeda, examined on redirect by Ms. Cartier-Giroux, and excused.

**IT IS ORDERED, the Defendant's Exhibits 504, 505, 506, and 507 are received into evidence.**

MICHAEL CONDRATOVICH, Detective, Henderson Police Department, called on behalf of the Government, is sworn, examined on direct by Ms. Cartier-Giroux, cross-examined by Ms. Brooks-Whittington, and released subject to recall.

**IT IS ORDERED, the Government's Exhibits 8a-e, 10f, 10g, 10h, 10k, 10l, 10n, 10o, 10t through 10ii, and 18a-c are received into evidence.**

At 10:01 a.m., the jury is admonished and excused.

Outside the presence of the jury, the Court advises counsel that CJA panel attorney David Fischer has been appointed to represent Witness Ariane Jackson. The Court requests counsel coordinate with Mr. Fischer at 11:30 a.m. this date.

The Court and counsel discuss the remaining witnesses. The Court compliments and recites appreciation to all counsel for their thorough and swift examinations of witnesses.

At 10:05 a.m., the Court stands at recess.

At 10:22 a.m., the Court reconvenes with all parties present. The jury enters the courtroom.

MICHAEL CONDRATOVICH, Detective, Henderson Police Department, resumes the witness stand and is further cross-examined by Ms. Brooks-Whittington. (At 10:38 a.m., a brief sidebar is conducted which concludes at 10:41 a.m.) Ms. Cartier-Giroux examines on redirect. The witness is recross-examined by Ms. Brooks-Whittington, and released subject to recall.

**IT IS ORDERED, the Government's Exhibits 10jj, 10kk, and 10ll are received into evidence.**

PATRICK HINKEL, Police Officer, Las Vegas Metropolitan Police Department, called on behalf of the Government, is sworn, examined on direct by Mr. Levitt. (At 10:58 a.m., a brief sidebar is conducted which concludes at 11:00 a.m.). Mr. Levitt continues with direct examination. Ms. Brooks-Whittington cross-examines and the witness is excused.

**IT IS ORDERED, the Government's Exhibits 15a, 15b, 15c, 15d, and 15e are received into evidence. Further, the Government shall retain custody of Exhibits 15a through 15d.**

RANDY NEWBOLD, Crime Scene Analyst, Henderson Police Department, is sworn, examined on direct by Ms. Cartier-Giroux, cross-examined by Ms. Ojeda, and excused.

Case 2:17-cr-00086-HDM-NJK   Document 231   Filed 04/03/19   Page 3 of 5

USA vs. ANTHONY DELANO HYLTON, JR.                April 3, 2019
2:17-cr-00086-HDM-NJK                              Page 3 of 5

**IT IS ORDERED, the Government's Exhibits 10a-10e, 10i, 10j, 10m, 10p-10s, 10mm are received into evidence.**

**IT IS FURTHER ORDERED, the Government's Exhibits 11a-b are received into evidence. Further, the Government shall retain custody of Exhibits 11a-b.**

**IT IS FURTHER ORDERED, the Defendant's Exhibits 500 through 503 are received into evidence.**

At 11:33 a.m., a brief sidebar is conducted.  The sidebar concludes at 11:35 a.m.

MARK ARCHULETA, called on behalf of the Government, is sworn, examined on direct by Ms. Cartier-Giroux, and excused.

**IT IS ORDERED, the Government's Exhibit 17 is received into evidence.**

At 11:50 a.m., the jury is admonished and excused until 1:00 p.m. this date.

Outside the presence of the jury, the Court is advised that the Government's Witness Ariane Jackson is present with appointed CJA counsel David Fischer.

Mr. Fischer and Ms. Jackson appear at the podium.  The Court canvasses Ms. Jackson regarding her privilege against self-incrimination.  Mr. Fischer confirms he has been provided the Government's proposed Exhibit 21a (audio without transcript).  Mr. Fischer is also provided the Jencks Act Material email dated March 27, 2019 in open court.

At 12:01 p.m., the Court stands at recess.

At 1:01 p.m., the Court reconvenes with all parties present.

The jury enters the courtroom.

ARIANE JACKSON, called on behalf of the Government, is sworn, examined on direct by Mr. Levitt, cross-examined by Ms. Brooks-Whittington, examined on redirect by Mr. Levitt, recross-examined by Ms. Brooks-Whittington, further examined on redirect by Mr. Levitt, and excused.

**IT IS ORDERED, the Defendant's Exhibits 509 and 510 are received into evidence.**

ALBERT MESA, Crime and Intelligence Analyst, Henderson Police Department, called on behalf of the Government, is sworn, examined on direct by Ms. Cartier-Giroux, cross-examined by Ms. Ojeda, examined on redirect by Ms. Cartier-Giroux, recross-examined by Ojeda, and excused.

At 2:29 p.m., the jury is admonished and excused.

Case 2:17-cr-00086-HDM-NJK   Document 231   Filed 04/03/19   Page 4 of 5

**USA vs. ANTHONY DELANO HYLTON, JR.**　　　　　　　　　　　**April 3, 2019**
**2:17-cr-00086-HDM-NJK**　　　　　　　　　　　　　　　　　　　**Page 4 of 5**

Outside the presence of the jury, the Court addresses the remaining trial witnesses and schedule.

The Court addresses Jury Note No. 1 with counsel. Copies of Jury Note No. 1 are provided to counsel.

At 2:33 p.m., the Court stands at recess.

At 2:50 p.m., the Court reconvenes with all parties present.

The Court addresses Jury Note No. 2 with counsel.

The jury enters the courtroom.

ROY WILCOX, Forensic Scientist, Las Vegas Metropolitan Police Department, called on behalf of the Government, is sworn, examined on direct by Ms. Cartier-Giroux, cross-examined by Ms. Ojeda, examined on redirect by Ms. Cartier-Giroux, and excused

**IT IS ORDERED, the Government's Exhibits 20a-h are received into evidence.**

MICHAEL CONDRATOVICH, Detective, Henderson Police Department, remaining under oath, is recalled to the witness stand on behalf of the Government, further examined on direct by Ms. Cartier-Giroux, cross examined by Ms. Brooks-Whittington, examined on redirect by Ms. Cartier-Giroux, recross-examined by Ms. Brooks-Whittington, and excused.

NICOLE ACKER, Special Agent, Federal Bureau of Investigation, called on behalf of the Government, is sworn, examined on direct by Ms. Cartier-Giroux, cross-examined by Ms. Brooks-Whittington, and excused.

**IT IS ORDERED, the Government's Exhibit 8f is received into evidence.**

The Government rests, subject to review of the exhibits.

The Court advises the jury regarding the remaining trial schedule.

At 4:33 p.m., the jury is admonished and excused until Thursday, April 4, 2019 at 8:30 a.m.

Outside the presence of the jury, the Court states it will not send the Government's Exhibit 15e (Hinkel BodyCam) to the jury room. In the event the jury requests to view Exhibit 15e, they shall return to the courtroom. There is no objection by counsel.

The Court further addresses it will not send any admitted exhibits of guns and/or ammunition to the jury room. However, counsel stipulate to the Government's Exhibit 14a (U.S. Currency) to be provided in the jury room.

The Court and counsel discuss the proposed jury instructions and verdict form. (At 4:44 p.m., the Court and counsel discuss the proposed jury instructions and verdict form off the record.)

Case 2:17-cr-00086-HDM-NJK   Document 231   Filed 04/03/19   Page 5 of 5

**USA vs. ANTHONY DELANO HYLTON, JR.**          **April 3, 2019**
**2:17-cr-00086-HDM-NJK**                       **Page 5 of 5**

At 4:47 p.m., the Court reconvenes on the record.

The Court canvasses the Defendant with respect to his right to testify. The Defendant confirms he will not testify. The Court finds the Defendant's decision not to testify as being made freely and voluntarily.

The Court and counsel continue to discuss revisions to the jury instructions.

**IT IS ORDERED, Jury Trial (Day Three) is set for Thursday, April 4, 2019 at 8:00 a.m. in LV Courtroom 4B before Judge Howard D. McKibben.  IT IS SO ORDERED.**

The Defendant is remanded to custody.

At 4:54 p.m., the Court adjourns,

                                                DEBRA K. KEMPI, CLERK

                                                By: /s/ Paris Rich
                                                    Deputy Clerk