**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | 2:17-cr-00086-HDM-NJK |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **ANTHONY DELANO HYLTON, JR..,** ) | |
| ) | |
| Defendant. ) | |

````
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              APR  4 2019

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
````

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1    The defendant Anthony Delano Hylton, Jr. is charged in Count
2 Three of the superseding indictment with Felon in Possession of a
3 Firearm, in violation of Sections 922(g)(1) and 924(a)(2) of Title
4 18 of the United States Code. The court has heard the evidence and
5 based upon the evidence presented to the court finds and concludes
6 that the government has proven the following elements beyond a
7 reasonable doubt:
8    First, the defendant Anthony Delano Hylton, Jr. knowingly
9 possessed a Rock Island Armory .45 caliber semi-automatic handgun,
10 bearing serial number RIA1728332 on December 5, 2016, in Las
11 Vegas, Nevada, in the District of Nevada;
12    Second, the Rock Island Armory .45 caliber semi-automatic
13 handgun had been shipped or transported from one state to another;
14 and
15    Third, at the time the defendant Anthony Delano Hylton, Jr.
16 possessed the Rock Island Armory .45 caliber semi-automatic
17 handgun, the defendant had been convicted of the crime of Battery
18 With Substantial Bodily Harm which was punishable by imprisonment
19 for a term exceeding one year.
20    Accordingly, the court finds the defendant Anthony Delano
21 Hylton, Jr. guilty of being a Felon in Possession of a Firearm as
22 charged in Count Three of the superseding indictment.
23    Dated this 4th day of April, 2019.

*[signature]*
District Judge