UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00086-HDM-NJK |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ANTHONY DELANO HYLTON, JR., | |
| Defendant. | |

Defendant Anthony Delano Hylton ("defendant") has filed a *pro se* motion to stay. (ECF No. 249). The government has moved to strike the motion because it was filed *pro se* by a defendant who is represented by counsel. (ECF No. 250). As defendant's motion to stay is a fugitive document filed in violation of Local Rule IA 11-6(a), the government's motion to strike (ECF No. 250) is GRANTED, and the motion to stay (ECF No. 249) is hereby STRICKEN from the record.

IT IS SO ORDERED.

DATED: This 12th day of August, 2019.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE