# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY DELANO HYLTON, JR.,<br><br>Defendant. | Case No.: 2:17-cr-00086-HDM-NJK<br><br>**Order Setting Hearing**<br><br>(Docket Nos. 254, 255) |

Pending before the Court are Defendant Anthony Delano Hylton, Jr.'s motion to dismiss counsel and motion for self-representation. Docket Nos. 254, 255.

The Court hereby sets the motions for hearing on August 19, 2019, at 10:00 a.m., in courtroom 3C. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: August 12, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE