UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00086-HDM-NJK |
| Plaintiff, | |
| v. | ORDER |
| ANTHONY DELANO HYLTON, JR., | |
| Defendant. | |

The defendant's Unopposed Motion for a New Trial on Count Three of the Superseding Indictment Pursuant to Federal Rule of Criminal Procedure 33 is granted and the guilty verdict entered on April 4, 2019 is vacated.

IT IS SO ORDERED.

DATED: This 25th day of November, 2019.

Howard D McKibben
_____
UNITED STATES DISTRICT JUDGE