United States District Court

District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00086-HDM-NJK |
| Plaintiff, | ORDER |
| v. | |
| ANTHONY DELANO HYLTON JR., | |
| Defendant. | |

**ORDER**

Based on the pending Stipulation of the parties and good cause appearing, the court finds that Mr. Hylton requires additional time to mail his objections to the Magistrate Judge's Report & Recommendation, ECF 313 to his standby-counsel for filing. Given that all parties agree to the continuance,

IT IS THEREFORE ORDERED that Mr. Hylton has until June 1, 2020 to file his objections to the Magistrate Judge's Report & Recommendation, ECF 313.

DATED this 26th day of May, 2020.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

3