UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:17-CR-00086-HDM-NJK |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ANTHONY D. HYLTON, JR., ) | |
| Defendant, ) | |

Based on the Stipulation between Defendant Anthony D. Hylton, Jr. and the Government, through counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that *Pro se* Litigant Hylton's reply to Government's Response [349] to Motion Reconsideration [339], be continued to July 10, 2020.

DATED: __July 1_____, 2020.

_____
HOWARD D. McKIBBEN
Senior United States District Judge