# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>ANTHONY D. HYLTON, JR,<br><br>　　　Defendants. | Case No.: 2:17-cr-0086 HDM-NJK<br><br><br>**ORDER<br>UNSEALING TRANSCRIPTS** |

　　Upon the Motion of Defendant Anthony D. Hylton, and good cause appearing,

　　IT IS HEREBY ORDERED the following transcripts which contained sealed portions shall be unsealed in order to permit the court reporter to prepare transcripts of the following hearings and their sealed portions:

　　3/5/18　　ECF 77　　Liberty/FTR　Motion Hearing　　2:19:52 – 3:29:26

　　1/21/20　　ECF 291　　Liberty/FTR　Motion Hearing　　10:32:53 – 10:44:06

　　IT IS FURTHER ORDERED that the Court Reporter shall transcribed the sealed portions of the hearings identified herein and provide a copy of the sealed portions to defense counsel.

IT IS FURTHER ORDERED that the transcript portions identified herein shall remain under seal on the public record until further order of this Court or the Ninth Circuit Court of Appeals.

Dated:  February 16, 2021

*Howard D McKibben*

The Honorable Howard D. McKibben
Senior United States District Judge