UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00086-HDM-NJK |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ANTHONY DELANO HYLTON, JR., | |
| Defendant. | |

Under the terms of the defendant's plea agreement (ECF No. 374), the defendant consented to forfeiture of a "black Rock Island Armory .45 caliber semi-automatic handgun with 6 brown grips, bearing serial number R1A1728332; and . . . any and all compatible ammunition," and on November 23, 2020, the court entered a preliminary order of forfeiture (ECF No. 379). Accordingly, unless the defendant, on or before August 27, 2021, files any objection to the entry of the government's proposed final order of forfeiture (ECF No. 426) and amendment of the judgment to include the order of forfeiture, the court will enter the government's proposed order and amend the judgment accordingly.

IT IS SO ORDERED.

DATED: This 16th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE