UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  v.<br>ANTHONY DELANO HYLTON, JR.,<br><br>                Defendant. | Case No. 2:17-cr-00086-HDM-NJK<br><br>ORDER |

     The defendant has filed a motion for return of property (ECF No. 432). He asserts that four boxes containing his personal property, including legal documents, were sent to FCI Lompoc ahead of his planned transfer there, but that although the transfer was canceled and he remains at FCI Victorville, his property has not yet been returned to him. The government responds that there are administrative remedies the defendant must pursue before seeking judicial relief. (ECF No. 433).

     As detailed in the government's response, the Bureau of Prisons has an administrative process through which the defendant may seek the return of his property. As the defendant has failed to pursue the administrative remedies available to him, his motion for return of property (ECF No. 432) is denied.

     IT IS SO ORDERED.

     DATED: This 27th day of June, 2023.

                                      _____
                                      UNITED STATES DISTRICT JUDGE