UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>    v.<br><br>ANTHONY DELANO HYLTON, JR.,<br><br>              Defendant. | Case No. 2:17-cr-00086-HDM-NJK<br><br>ORDER |

　　　The defendant has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 440). The government shall file a response to the motion on or before February 5, 2024. The defendant shall file any reply on or before March 6, 2024.

　　　IT IS SO ORDERED.

　　　DATED: This 5th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE