UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00086-HDM-NJK |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ANTHONY DELANO HYLTON, JR., | |
| Defendant. | |

The defendant has advised the court (ECF No. 444) that he has not received any filings since filing his motion for relief under 28 U.S.C. § 2255 (ECF No. 440). Accordingly, the clerk of court is directed to SEND the defendant a copy of the court's order dated December 5, 2023 (ECF No. 441), the government's notice of appearance (ECF No. 442), and the government's response to the defendant's § 2255 motion (ECF No. 443). The defendant has not explained why he needs a copy of the docket sheet, nor has he established a need for another copy of his own motion and exhibits. The requests for those documents, as well as for all mail to be sent certified, are therefore denied.

Good cause appearing, the court *sua sponte* grants the defendant an extension of time to file a reply to the government's response to and including April 10, 2024.

IT IS SO ORDERED.

DATED: This 11th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE