UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>ANTHONY DELANO HYLTON, JR.,<br><br>                    Defendant. | Case No. 2:17-cr-00086-HDM-NJK<br><br>ORDER |

The defendant's motion for an extension of time (ECF No. 446) is GRANTED. The defendant will have until May 10, 2024, to file a reply to the government's response to his 28 U.S.C. § 2255 motion.

IT IS SO ORDERED.

DATED: This 8th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE