UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY DELANO HYLTON, JR.,

Defendant.

Case No. 2:17-cr-00086-HDM-NJK
Case No. 2:23-cv-01791-HDM

ORDER

The defendant, Anthony Hylton, has filed a motion for appointment of counsel for his appeal of the court's denial of his 28 U.S.C. § 2255 motion (ECF No. 453). Because the defendant has already filed a notice of appeal, this request should be directed to the Ninth Circuit. Accordingly, the motion for appointment of counsel (ECF No. 453) is denied without prejudice, and the Clerk of Court shall forward a copy of the motion to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

DATED: This 2nd day of June, 2025.

Howard D McKibben

UNITED STATES DISTRICT JUDGE